IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH VIDENICH                                                PLAINTIFF

v.                    Case No. 14-6116

ALLEN & WITHROW                                                DEFENDANT

**ORDER**

NOW on this 3rd day of February, 2015, comes on for consideration the parties' Joint Stipulation to Dismiss With Prejudice Pursuant to Settlement (doc. 10).

IT APPEARING to the court that the matter has been settled, counsel for all parties having so advised the court, it is ORDERED that Plaintiff's Complaint (doc. 1) be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**

AO72A
(Rev. 8/82)